# LAW OFFICES OF ABE GEORGE, P.C.

99 Wall Street, Suite 3404
New York, NY 10005
(P) 212-498-9803 (F) 646-558-7533
Email: abe@abegeorge.lawyer

---

May 10, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224

    Re:    <u>Hunter v. Debmar-Mercury LLC, et. al., 1:22-cv-01687-PGG</u>

Your Honor:

    I represent the Plaintiff Kelvin Hunter in the above-captioned matter. I write to request an adjournment of the initial conference in this matter originally scheduled for June 9, 2022, at 11:30AM. Counsel for defendants' consents to this application and this is Plaintiff's first request for an adjournment of the initial conference.

    I am requesting an adjournment because on June 9, 2022, I have a 9:30AM in-person court appearance on a multi-party 2016 civil case in Nassau County Supreme Court. I am a solo-practitioner and need to personally appear on this matter as this case is close to being certified for trial. If the Court was amenable, I could appear later in the day after 2PM. If that time is unavailable the parties are available on June 19, 2022 (after 10am), June 23, 2022 (before 5PM), and June 30, 2022.

                                              Sincerely,

                                              /s/
                                            Abe George, Esq.

cc:    **VIA ECF**
       All Parties

**MEMO ENDORSED**:
The initial pretrial conference scheduled for June 9, 2022, is adjourned to **June 30, 2022 at 10:30 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: May 13, 2022