

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

| 212.484.3900 | **MAIN** |
| 212.484.3990 | **FAX** |

afslaw.com

July 6, 2022

**BY ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Darrell S. Gay**
Partner
212.457.5465   **DIRECT**
darrell.gay@afslaw.com

**Nicholas L. Collins**
Attorney
212.457.5430   **DIRECT**
nicholas.collins@afslaw.com

Re:   <u>Kelvin Hunter v. Debmar-Mercury, et al.</u>,
        22-CV-1687 (PGG) (SDA)

Your Honor:

   This firm represents Ira Bernstein, Mort Marcus, and Debmar-Mercury (hereinafter "Defendants") in the above-mentioned matter.  Pursuant to Rule I.E. of Your Honor's Individual Rules, Defendants write to respectfully request a brief adjournment of the pre-motion conference, currently scheduled for tomorrow, July 7, 2022.  The basis for this request is that the undersigned tested positive for COVID-19 on July 5, 2022.  Counsel for Plaintiff, Abraham George, Esq., consents to this request.  The parties propose July 14, 2022, July 21, 2022 and August 4, 2022[1] as new dates that work for both parties.

   Accordingly, Defendants respectfully request that the initial conference, scheduled for July 7, 2022, be briefly adjourned.

   Thank you for your consideration herein.

Sincerely,

/s/ *Nicholas L. Collins*

**MEMO ENDORSED**:
The conference scheduled for July 7, 2022, is adjourned to **July 28, 2022, at 10:00 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated:  July 6, 2022

cc:   **VIA ECF**
      Abe George, Esq.
      *Attorney for Plaintiff*
      abegeorgenyc@gmail.com

---

[1] Counsel for Plaintiff is only available for an afternoon conference on August 4, 2022.

**Smart In
Your World**®