UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELVIN HUNTER,

              Plaintiff,

    -against-

DEBMAR-MERCURY LLC, IRA BERNSTEIN, and MORT MARCUS,

              Defendants.

**ORDER**

22 Civ. 1687 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, Defendants will file a letter by **August 4, 2022**, stating whether they wish to proceed with their proposed motion to dismiss. If so, Defendants will explain why there is a good faith basis for the motion in light of the case law discussed at today's conference.

        If Defendants decide not to proceed with a motion to dismiss, the parties will submit a joint letter and proposed case management plan in accordance with this Court's individual rules by **August 4, 2022**.

        The Clerk of Court is directed to terminate the motions (Dkt. Nos. 17-18).

Dated: New York, New York
       July 28, 2022

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge