UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

KELVIN HUNTER,

                Plaintiff,

- against -

DEBMAR-MERCURY LLC, IRA BERNSTEIN, MORT MARCUS, and JOHN and JANE DOE 1-5 (Employees of Defendant DEBMAR-MERCURY LLC, and/or corporations/subsidiaries of DEBMAR-MERCURY LLC not yet known),

                Defendants.

**ORDER**

22 Civ. 1687 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court will conduct a pretrial conference in this case on **April 14, 2025, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 9, 2025

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge