UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELVIN HUNTER,

                Plaintiff,

      -against-

DEBMAR-MERCURY LLC, IRA BERNSTEIN, and MORT MARCUS,

                Defendants.

**ORDER**

22 Civ. 1687 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The pretrial conference in this case scheduled for **April 14, 2025** is hereby ADJOURNED to **May 2, 2025 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. No further adjournments will be granted.

Dated: New York, New York
       April 11, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge