# LAW OFFICES OF ABE GEORGE, P.C.

99 Wall Street, Suite 3404
New York, NY 10005
(P) 212-498-9803 (F) 646-558-7533
Email: abe@abegeorge.lawyer

---

May 8, 2025

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square,
New York, New York 10007

      Re:    <u>Hunter v. Debmar-Mercury LLC, et. al., 22-cv-1687-PGG</u>

Your Honor:

      I represent the Plaintiff Kelvin Hunter in this matter. I write to request an adjournment of the status conference set for May 22, 2025 @ 10AM. This is Plaintiff's second request for an adjournment of the status conference. Defendants do not consent to Plaintiff's request but after conferring on dates that would be convenient for both Plaintiff Kelvin Hunter and Defendants, the dates of June 10th and 11th are convenient for the parties, if convenient for the Court.

      As relevant background the Court held a pre-trial conference in this matter on May 2, 2025 whereupon the Court, based on the 2nd Circuit's decision, dismissed Plaintiff's complaint, but reserved decision on your undersigned's motion to be relieved until Plaintiff Kelvin Hunter could appear in Court. The Court adjourned the matter to May 9, 2025 for a status conference. On May 5, 2025 your undersigned filed a motion (ECF # 66) to conduct the status conference via *Zoom* or *Teams* with Plaintiff because Plaintiff had represented he was in Florida taking care of his ill elderly mother. On or about May 7, 2025 the Court denied Plaintiff's request (ECF # 67) and adjourned the May 9th status conference to May 22, 2025 for Plaintiff to appear or have alternative counsel appear. On May 8, 2025 the Plaintiff Kelvin Hunter informed me in sum and substance that he did not have alternative counsel and that May 22nd was a bad date due to his mother's health ailments and medical appointments and Plaintiff requested any date between June 9th and June 23rd. Upon conferring with counsel for the Defendants the only dates that worked for all parties were June 10th and June 11th.

      For the foregoing reasons we request an adjournment of the May 22nd status conference.

                                          Sincerely,

                                          /s/
                                        Abe George, Esq.

cc:    <u>Via ECF: nicholas.collins@arentfox.com</u>
       Nicholas Collins, Esq.
       <u>Via ECF: gay.darrell@arentfox.com,</u>
       Darrell Gay Esq.
       Attorneys for Defendants

**MEMO ENDORSED:**
The application is granted. The conference is adjourned to June 10, 2025, 12:30 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, New York, New York.

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Date: May 9, 2025