UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELVIN HUNTER,

                Plaintiff,

-against-

DEBMAR-MERCURY LLC, IRA BERNSTEIN, and MORT MARCUS,

                Defendants.

**ORDER**

22 Civ. 1687 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference in this case on **October 16, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The Court will address Plaintiff's motion for leave to amend (Dkt. No. 75) and Defendants' motion to close the case (Dkt. No. 74) at the October 16, 2025 conference. In the meantime, the First Amended Complaint filed on September 11, 2025 (Dkt. No. 73) is stricken, because it was filed without the Court's permission.

Dated: New York, New York
       September 22, 2025

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge