

**ArentFox Schiff LLP**
1301 Avenue of the Americas
42nd Floor
New York, NY 10019

212.484.3900  **MAIN**
212.484.3990  **FAX**

afslaw.com

September 30, 2025

**Darrell S. Gay**
Partner
212.457.5465  **DIRECT**
darrell.gay@afslaw.com

**BY ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Nicholas L. Collins**
Associate
212.457.5430  **DIRECT**
nicholas.collins@afslaw.com

Re: <u>Kelvin Hunter v. Debmar-Mercury LLC, et al.</u>,
22-CV-1687 (PGG) (SDA)

Your Honor:

This firm represents Ira Bernstein, Mort Marcus, and Debmar-Mercury LLC (hereinafter "Defendants") in the above-mentioned matter. Pursuant to Rule I.E. of Your Honor's Individual Rules, Defendants write to respectfully request an adjournment of the status conference, currently scheduled for October 16, 2025. (ECF No. 76). This is the Defendants' first request to adjourn this status conference. Defendants submit this request because the lead attorney in this matter, Darrell Gay, is scheduled to be out of the State on October 16, 2025. Defendants propose October 23, 2025; November 6, 2025; or November 20, 2025 as new dates for the status conference. Plaintiff *Pro Se* does not consent to this request and declined to provide a reason for his position.

Accordingly, Defendants respectfully request that the status conference, scheduled for October 16, 2025 be adjourned.

Thank you for your consideration to our request.

Respectfully submitted,

/s/ *Nicholas L. Collins*

**MEMO ENDORSED:** The conference currently scheduled for October 16, 2025, at 3:00 p.m., is adjourned to **October 23, 2025, at 11:00 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: October 1, 2025

cc: **VIA EMAIL AND CERTIFIED US MAIL**
Kelvin Hunter
*Plaintiff Pro Se*
1440 Coral Ridge Drive #223
Coral Springs, FL 33071
Hkinc917@gmail.com

Smart In
Your World®