UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KELVIN HUNTER,

          Plaintiff,


    -against-


DEBMAR-MERCURY LLC, IRA BERNSTEIN,

MORT MARCUS, and JOHN and JANE DOE 1–5,

(employees, agents, or subsidiaries of Debmar-Mercury LLC not yet known),


          Defendants.

---------------------------------------------------------------X

Civil Action No.: 1:22-CV-01687-PGG

## PLAINTIFF'S MOTION FOR PERMISSION TO BRING AND USE ELECTRONIC DEVICES IN COURTHOUSE AND COURTROOM

I, Kelvin Hunter, proceeding pro se, per the recommendation of the Pro Se Intake Unit, Litigant, respectfully moves this Court for an order to bring and use electronic devices in the courthouse and or court room for proceedings related to the above-captioned case.:

1. Basis for Request

This motion is made pursuant to Standing Order M10-468 (Revised), "Electronic Devices in the Courthouses of the Southern District of New York."
The movant seeks authorization to bring and use the following electronic devices for the limited purpose of facilitating participation in court proceedings:

- Two (2) laptop computers
- Three (3) cellular phones
- Three (3) tablet devices

These devices are necessary to access case materials, exhibits, and legal research, and to communicate with relevant parties or counsel during breaks in the proceedings.

2. Compliance with Court Security Rules

Movant understands and agrees to comply fully with all requirements of Standing Order M10-468 and courthouse security procedures, including but not limited to:
- Submitting all devices for inspection upon entry to the courthouse.
- Keeping all devices powered off or in silent mode during court sessions unless expressly permitted for use.
- Refraining from any audio or video recording, photography, or broadcasting.
- Using devices solely for legitimate case-related purposes.

Movant acknowledges that failure to comply with these rules may result in revocation of privileges and other sanctions.

3. Relief Requested

WHEREFORE, Kelvin Hunter, respectfully requests that the Court enter an order granting permission to bring and use the above-listed electronic devices in connection with proceedings in this case, in accordance with SDNY Standing Order M10-468.

Dated: October 20, 2025

New York, New York

Respectfully submitted,

_/s/ Kelvin Hunter_____

Kelvin Hunter

Pro Se Plaintiff

1440 Coral Ridge Drive #223

Coral Springs, FL, 33071

Tel: 646-763-0834

Email: hkinc917@gmail.com