UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELVIN HUNTER,

                          Plaintiff,                                    **ORDER**

            -against-                                          22 Civ. 1687 (PGG)

DEBMAR-MERCURY LLC, IRA BERNSTEIN,
and MORT MARCUS,

                          Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at the October 23, 2025 conference, Plaintiff's amended motion for

leave to file an amended complaint is due on **December 8, 2025**.  The proposed amended

complaint is to be attached as an exhibit to any such motion.  Defendants' opposition is due on

**January 10, 2026**.  Plaintiff's reply, if any, is due on **January 24, 2026**.

As discussed at the October 23, 2025 conference, Plaintiff's proposed amended

complaint must set forth the factual basis for each new cause of action.

In the accompanying motion seeking leave to amend the complaint, Plaintiff must

explain – as an initial matter – why he did not comply with this Court's June 10, 2025 scheduling

order (Dkt. No. 70) directing him to file any motion for leave to amend by September 11, 2025.

> Although a plaintiff may amend a complaint after a scheduling order deadline, under
> Rule 16(b)(4), the plaintiff may do so only upon a showing of good cause.  Sacerdote v.
> New York Univ., 9 F.4th 95, 115 (2d Cir. 2021), cert. denied, —— U.S. ——, 142 S. Ct.
> 1112, 212 L.Ed.2d 9 (2022).  "Whether good cause exists turns on the 'diligence of the
> moving party.'"  Holmes v. Grubman, 568 F.3d 329, 335 (2d Cir. 2009) (quoting
> Grochowski v. Phoenix Constr., 318 F.3d 80, 86 (2d Cir. 2003)).

Callahan v. Cnty. of Suffolk, 96 F.4th 362, 370 (2d Cir. 2024).  Accordingly, Plaintiff must show

"good cause" for his failure to comply with the Court's scheduling order.

      In Plaintiff's motion for leave to amend, he must also explain how the facts alleged in the proposed amended complaint are sufficient to establish each new cause of action.

      Plaintiff is reminded that this Court's <u>Pro Se</u> Office – contact information for which is listed on the Court's website – may be of assistance in connection with court procedures.

Dated: New York, New York
      October 28, 2025

                        SO ORDERED.

                        Paul G. Gardephe
                        United States District Judge