**Gardephe NYSD Chambers**

| | |
|---|---|
| From: | Kelvin Hunter <hkinc917@gmail.com> |
| Sent: | Sunday, December 7, 2025 11:25 AM |
| To: | Gardephe NYSD Chambers; dgay@mrllp.com |
| Subject: | Clarification of case law order for motion for leave and amended complaint |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**CAUTION - EXTERNAL:**

Your honor on the most recent status conference held on 10-23-2025 you stated for me to add case law to my complaint for motion to leave, was that case law also to be added to my amended complaint? My research says that you are not supposed to add case law to amended complaint. Please advise thank you in advance

Respectfully yours
Kelvin Hunter

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**MEMO ENDORSED:** The Court directs Plaintiff to the Order dated October 28, 2025 (Dkt. No. 84). For further assistance, please contact the Office of Pro Se Litigation at (212) 805-0175.

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Dated: December 8, 2025

1