

Darrell S. Gay, Esq.
dgay@mrllp.com
Telephone: 212.730.7700
Direct: 917.570.0063

December 29, 2025

**BY ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1000

Re: Kelvin Hunter v. Debmar-Mercury, et al.,
22-CV-1687 (PGG) (SDA)

Your Honor:

**MEMO ENDORSED**

Defendants' request to close this case at this point is denied. Defendants' opposition to the motion for leave to amend is due by January 13, 2026. Plaintiff's reply is due by February 6, 2026.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 30, 2025

      This firm represents Ira Bernstein, Mort Marcus, and Debmar-Mercury, LLC (hereinafter "Defendants") in the above-captioned matter. Pursuant to Rule I.A. of Your Honor's Individual Rules, Defendants write to respectfully submit this letter to seek guidance on whether the Court will grant Defendants' letter requesting closure of this case, and if not, whether the Court will grant additional time to respond to plaintiff's atypical and complicated pleadings.

      As the Court is aware, in its October 28, 2025 Order, Your Honor ordered Plaintiff to file his amended motion for leave to file an amended complaint on December 8, 2025, and set Defendants' opposition deadline for January 10, 2026. (Dkt. No. 84). On December 8, 2025, Plaintiff submitted his amended motion. (Dkt. No. 90). On December 18, 2025, Defendants submitted a letter to the Court seeking the closure of the matter due to the substantive and procedural defects of Plaintiff's filing, including his failure to comply with Your Honor's express instruction that Plaintiff outline in his amended motion legal and factual bases for the new claims he sought to assert in his proposed amended complaint. (Dkt. No. 91). Plaintiff subsequently submitted his own letter to the Court protesting closure of the case. (Dkt. No. 92).

      Given the approaching January 10th deadline for Defendants' responsive pleading, Defendants respectfully seek the Court's guidance as to how the parties should proceed. Specifically, Defendants seek guidance on whether the Court will grant Defendants' request to close this matter. However, if the Court decides not to grant Defendants' request and permits Plaintiff's complicated pleadings to stand, Defendants respectfully request additional time to respond.

      Defendants wish to ensure that they respond to the correct operative pleading and comply with the Court's schedule, while avoiding unnecessary motion practice that may be mooted by a ruling on Plaintiff's pending motion. Defendants stand ready to respond promptly in accordance with the Court's direction.

      We appreciate the Court's prompt attention to this matter.

Respectfully Submitted,

**MICHELMAN & ROBINSON, LLP**

Darrell S. Gay

NEW YORK OFFICE
605 Third Avenue
30th Floor
New York, NY 10158

mrllp.com

Honorable Paul G. Gardephe
Re: Kelvin Hunter v. Debmar-Mercury, et al., 22-CV-1687 (PGG) (SDA)
December 29, 2025
Page 2

cc: **VIA EMAIL AND ECF**
    Kelvin Hunter
    Plaintiff Pro Se
    1440 Coral Ridge Drive #223
    Coral Springs, FL 33071
    Hkinc917@gmail.com