MICHELMAN ROBINSON

**Darrell Gay**
dgay@mrllp.com
Main: 212.730.7700

November 20, 2026

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Kelvin Hunter v. Debmar Mercury LLC
Case No. 22-CV-01687 (PGG)
Request for Extension

Your Honor:

We write on behalf of Defendant, Debmar Mercury LLC.

On November 16, 2026, Plaintiff, Kelvin Hunter, filed his Renewed Motion for Leave to File a First Amended Complaint (ECF Nos. 101–103). Although Plaintiff filed his motion timely on November 16, the motion was not entered on the Court's docket or served on the parties via ECF until November 18, 2026. Pursuant to the Court's Scheduling Order, Defendant's response to Plaintiff's motion is currently due on Monday, December 14, 2026. The two-day delay in docketing Plaintiff's motion effectively shortened the time available for Defendant to review Plaintiff's motion and prepare its response.

Accordingly, on behalf of Defendant, we respectfully request a two-day extension of the deadline to respond to Plaintiff's Renewed Motion for Leave to File a First Amended Complaint (ECF Nos. 101–103), from Monday, December 14, 2026, to Wednesday, December 16, 2026. This is the Defendant's first request for an extension.

Plaintiff has advised that he takes no position on Defendant's requested extension and defers to the Court's discretion. Both parties agree that, should the Court grant Defendant's extension, Plaintiff's corresponding reply deadline should also be extended by two days, from Tuesday, January 12, 2027 to Thursday, January 14, 2027.

We thank the Court for its time and consideration of this request.

Respectfully Submitted,

**MICHELMAN & ROBINSON, LLP**

Darrell Gay